**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**      **:**

**vs.**      **: CRIMINAL NO.: 24-00198-KD-MU**

**TY'JUAN De'ANDRE BARNES**      **:**

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment charging a violation of Title 18 United States Code Sections 922(o), Illegal Possession of a Machinegun**,** is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 9, 2025, at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the **6th day** of **February, 2025**.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**